**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7588**

_____

SEAN R. BUNDY,

                  Petitioner - Appellant,

          v.

UNITED STATES OF AMERICA,

                  Respondent - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William D. Quarles, Jr., District Judge.  (1:14-cv-01374-WDQ)

_____

Submitted:  February 25, 2015          Decided:  March 2, 2015

_____

Before NIEMEYER, KING, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sean Rondell Bundy, Appellant Pro Se.   Anthony Joseph Enright Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean R. Bundy appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no abuse of discretion. <u>See</u> <u>Bereano v. United States</u>, 706 F.3d 568, 575 (4th Cir. 2013) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>